IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAYSOUN ABUDAYYEH and CHELSEA BURROW, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENVOY AIR, INC.,<br><br>Defendant. | Case No. 1:21-cv-00142<br><br>Hon. Andrea R. Wood<br><br>Magistrate Judge Hon. Heather K. McShain |

## STIPULATION OF DIMISSAL OF PLAINTIFF CHELSEA BURROW

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Maysoun Abudayyeh and Chelsea Burrow, individually and on behalf of all other similarly situated, and Defendant Envoy Air, Inc., by and through their undersigned counsel, hereby stipulate and agree to dismiss this matter only as to Plaintiff Chelsea Burrow, without prejudice, and without assessment of fees or costs.

Date: June 28, 2022

Respectfully submitted,

| MAYSOUN ABUDAYYEH and CHELSEA BURROW, individually and on behalf of all others similarly situated, | ENVOY AIR, INC. |
|---|---|
| By: /s/Alexis D. Martin<br>Attorney for Plaintiffs | By: /s/Mark W. Robertson<br>Attorney for Defendant |
| Alejandro Caffarelli<br>Alexis D. Martin<br>Nicole Young<br>Caffarelli & Associates, Ltd.<br>224 S. Michigan Ave., Suite 300<br>Chicago, Illinois 60604<br>Tel. (312) 763-6880<br>*acaffarelli@caffarelli.com*<br>*amartin@caffarelli.com*<br>*nyoung@caffarelli.com* | Mark W. Robertson (*admitted pro hac vice*)<br>Sloane Ackerman (*admitted pro hac vice*)<br>Charles J. Mahoney (*admitted pro hac vice*)<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>Tel. (212) 326-2000<br>*mrobertson@omm.com*<br>*sackerman@omm.com*<br>*cmahoney@omm.com* |

| | |
|---|---|
| Robin Potter<br>Alenna K. Bolin<br>Mara Baltabols<br>Fish Potter Bolaños LLC<br>111 East Wacker Drive, Suite 2600<br>Chicago, Illinois 60601<br>Tel. (312) 861-1800<br>*rpotter@fishlawfirm.com*<br>*abolin@fishlawfirm.com*<br>*mara@fishlawfirm.com* | Larry S. Kaplan<br>KMA Zuckert LLC<br>200 West Madison Street, 16th Fl.<br>Chicago, Illinois 60606<br>Tel. (312) 345-3000<br>*lkaplan@kmazuckert.com* |

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that a copy of the attached, **Stipulation of Dismissal of Plaintiff Chelsea Burrow,** was served upon the parties by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on June 28, 2022.

                 /s/Alexis D. Martin
                 Attorney for Plaintiffs