## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Maysoun Abudayyeh, et al.
                        Plaintiff,

v.                                         Case No.: 1:21−cv−00142
                                                                  Honorable Andrea R. Wood

Envoy Air, Inc.
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 6, 2022:

      MINUTE entry before the Honorable Heather K. McShain: Based on further email communications with counsel for both sides, the Court now reports that the parties reached a binding settlement agreement on 07/06/2022. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they need the Court's assistance with any aspect of finalizing the settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.