**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Maysoun Abudayyeh, et al.
Plaintiff,
v.
Envoy Air, Inc.
Defendant.

Case No.: 1:21−cv−00142
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 19, 2023:

MINUTE entry before the Honorable Andrea R. Wood: Final fairness and approval hearing held on 1/19/2023. For the reasons stated on the record, the Court takes Plaintiffs' unopposed motion for judgment and final approval of class action settlement [87] and Plaintiffs' unopposed motion in support of attorneys' fees, costs, and service award [88] under advisement for ruling based on the record. Plaintiffs' unopposed motion for leave to file motion for judgment and final approval in excess of 15 pages [89] is granted. Telephonic status hearing is set for 2/3/2023 at 10:45 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.