# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maysoun Abudayyeh, et al.

                                  Plaintiff,

v.                                                                         Case No.: 1:21−cv−00142
                                                                          Honorable Andrea R. Wood

Envoy Air, Inc.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's unopposed motion for judgment and final approval of class action settlement [87] is granted. Having considered whether the class representatives and class counsel have adequately represented the class; whether the proposal was negotiated at arm's length; whether the relief provided for the class is adequate, taking into account the costs, risks, and delay of trial and appeal, the effectiveness of any proposed method of distributing relief to the class, including the method of processing class−member claims, the terms of any proposed award of attorney's fees, including timing of payment, and any agreement required to be identified under Fed. R. Civ. P. 23(e)(3); and whether the proposal treats class members equitably relative to each other, the Court finds that the proposed class settlement is fair, reasonable, and adequate, and otherwise satisfies the requirements set forth in Fed. R. Civ. P. 23(e). Accordingly, the Court grants the motion and approves the settlement. Plaintiffs' unopposed motion in support of attorneys' fees, costs, and service award [88] is also granted. Specifically, the Court awards Class Counsel attorneys' fees in the amount of $120,000, litigation costs in the amount of $991, class administration costs in the amount of $7,308, and an enhancement award to lead plaintiff Maysoun Abudayyeh in the amount of $10,000. Enter Final Order and Judgment. Telephonic status hearing set for 4/25/2023 is stricken; parties need not appear. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.